# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.T. 898 PRODUCTS, INC., a California Corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CALI BEAUTY SUPPLY, INC., a California Corporation; TIEN DUONG, an individual dba CALI NAIL SUPPLY; SUSAN DO, an individual; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | Case No. 8:18-cv-00052-JVS-DFM<br><br>Assigned to: Hon. James V. Selna<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

# ORDER OF DISMISSAL

On February 25, 2019, the parties filed a joint Stipulation Dismissing Entire Action With Prejudice. Pursuant to stipulation of the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The entire action including Plaintiff's Complaint and Defendants' counter-claims shall be dismissed with prejudice; and
2. Plaintiff and Defendants shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 25, 2019

_____
Hon. James V. Selna
United States District Court